◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN HATZFELD, Appellant. [702 NYS2d 558] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 30, 1997 (*People v Hatzfeld,* 240 AD2d 758), affirming a judgment of the County Court, Suffolk County, rendered November 16, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Joy, J. P., Thompson, Sullivan and Friedmann, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SIDNEY HAWKINS, Appellant. [702 NYS2d 841] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 1, 1999 (*People v Hawkins,* 258 AD2d 472), affirming (1) a judgment of the Supreme Court, Kings County, rendered March 27, 1995, and (2) an order of the same court entered March 28, 1997.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). O'Brien, J. P., Santucci, Joy and Goldstein, JJ., concur.